IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE, et al.,<br><br>    Defendants. | No. C 09-02576 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on August 14, 2009 on the motion to dismiss filed by defendant JPMorgan Chase Bank, N.A., erroneously sued as Chase ("JPMorgan"). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 6, 2009 and a reply brief shall be filed by no later than July 13, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 22, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAIZ, | Case Number: CV09-02576 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHASE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Paiz
1830 Avenida Martina
Roseville, CA 95747

Dated: June 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk