IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-02576 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On July 14, 2009, the Court issued an Order to Show Cause why this action should not be transferred to the Eastern District of California, the district in which the property that is the subject of this action is situated. The Order required Plaintiff to submit a response in writing by July 22, 2009. To date, Plaintiff has not responded.

The Court therefore issues this second Order to Show Cause why this action should not be transferred to the Eastern District of California. In addition to transferring this action pursuant to 28 U.S.C. § 1406(a), the Court notes that transfer also appears to be warranted pursuant to 28 U.S.C. § 1404(a). The Court HEREBY ORDERS Plaintiff and Defendants to Show Cause in writing by no later than **August 4, 2009** why this case should not be transferred. The parties are admonished that the Court will transfer this action if neither party responds and opposes transfer.

**IT IS SO ORDERED.**

Dated: July 29, 2009

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER PAIZ,

        Plaintiff,

  v.

CHASE et al,

        Defendant.

Case Number: CV09-02576 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Paiz
1830 Avenida Martina
Roseville, CA 95747

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk