IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER PAIZ,

      Plaintiff,                                   No. C 09-02576 JSW

  v.

CHASE, et al.,                                 **ORDER TRANSFERRING CASE**

      Defendants.
                                                    /

      The Court has received the response from defendant JPMorgan Chase Bank, N.A., erroneously sued as Chase ("JPMorgan"), to the Court's Order to Show Cause ("OSC"). No other party has responded by the Court's deadline of August 4, 2009. JPMorgan states that is does not object to the jurisdiction of this Court and argues that it is in the interests of justice and judicial economy to not transfer this action. Although it concedes that this case should have been removed to the Eastern District of California, JPMorgan urges the Court to retain jurisdiction over this matter. However, the Court has not yet reviewed or considered the pending motion to dismiss. Therefore, transferring this matter to the Eastern District of California will not waist judicial resources. Moreover, because the property at issue is located in the Eastern District of California and no party resides in the Northern District of California, the Court finds that transferring this matter to the Eastern District would be in the interests of justice. Therefore, the Court HEREBY TRANSFERS this matter to the Eastern District of

///

///

1  California pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a). The Clerk is directed to

2  transfer this action to the Eastern District of California forthwith.

4  **IT IS SO ORDERED.**

5  Dated: August 5, 2009

6  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER PAIZ,

        Plaintiff,

  v.

CHASE et al,

        Defendant.

Case Number: CV09-02576 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Paiz
1830 Avenida Martina
Roseville, CA 95747

Dated: August 5, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk